UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTHCAROLINA
NEW BERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| HERMAN LEE GRAHAM, JR. AND MARIAN ANNETTE GRAHAM, | : | Case No.: 25-00415-5-JNC |
| | : | |
| Debtors. | : | |

## **MOTION TO CONTINUE HEARING**

Now comes Hyundai Capital America d/b/a Hyundai Motor Finance ("Hyundai Motor Finance"), by and through counsel, and hereby to continue the hearing on Hyundai Motor Finance's Motion for Relief from Stay currently schedule in this matter for August 12, 2026. In support of this Motion, Hyundai Motor Finance shows to the Court the following:

1. On February 4, 2025 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 13 to commence the above-referenced case (the "Chapter 13 Case").

2. On July 10, 2026, Hyundai Motor Finance filed a Motion for Relief from Stay (the "Motion") due to Debtors failure to make payments.

3. On July 24, 2026 the Debtors filed opposition to the Motion.

4. Since the opposition was filed, Debtors have been working with Hyundai Motor Finance on terms to resolve the Motion.

5. Therefore, Hyundai Motor Finance requests that the hearing be continued to allow for the Parties to resolve the Motion through a consent order.

6. Counsel for Hyundai Motor Finance has reviewed the matter with counsel for the Debtors and the Debtors have consented to a continuance of the hearing.

**WHEREFORE**, Hyundai Motor Finance requests the Court continue the schedule hearing to August 26, 2026 to allow the Parties to resolve the issues by consent.

Dated: August 11, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur

EUDORA F. S. ARTHUR
N.C. State Bar. No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Hyundai Capital America d/b/a Hyundai Motor Finance*

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

Herman Lee Graham, Jr. and Marian Annette Graham
1535 Silversmith Circle
Kinston, NC 28504
*Debtors*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

Richard L. Cannon, III
*Attorney for Debtor*

Troy Staley
*Chapter 13 Trustee*

Brian C. Behr
*Bankruptcy Administrator*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S Arthur
EUDORA F. S. ARTHUR
NC State Bar Number 59854
555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for Hyundai Capital America d/b/a Hyundai Motor Finance*